## UNITED STATES of America, Plaintiff–Appellee,

v.

## Demarkus Dante BENAVIDES, Defendant–Appellant.

### No. 14–10512.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 21, 2015.*

Filed Sept. 23, 2015.

Meredith Blagden Osborn, Assistant U.S. Barbara Valliere, Assistant U.S. DOJ–USAO San Francisco, CA, for Plaintiff–Appellee.

Juliana Drous, Esquire, Law Offices of Juliana Drous, San Francisco, CA, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and BERZON, Circuit Judges.

### MEMORANDUM **

Demarkus Dante Benavides appeals the 87–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). Benavides challenges the district court's conclusion that his prior burglary offense is a crime of violence under the residual clause of U.S.S.G.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 4B1.2. In light of the government's concession in its August 17, 2015, supplemental brief that *Johnson v. United States,* —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), applies to the U.S. Sentencing Guidelines, Benavides' sentence is hereby vacated and the matter is remanded to the district court for resentencing forthwith. The mandate shall issue forthwith.

**VACATED and REMANDED for resentencing.**